IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT FLEMING, )<br>)<br>Defendant. ) | Case No. 4:11CR3118<br><br>**ORDER** |

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Trial (filing 26). The Court, being fully advised in the premises, and noting that the government has no objection to this continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that trial of this matter, presently scheduled for May 14, 2012, shall be continued until July 9, 2012, at 9:00 a.m. The defendant is ordered to appear at such time.

IT IS FURTHER ORDERED that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by continuing the trial of this matter, and that taking such action outweighs the best interests of the public and Mr. Fleming in a speedy trial. Accordingly, the time from May 14, 2012, until the date next set for trial shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 4th day of May, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge