IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 4:11CR3118 |
| v. | ) ) | |
| ROBERT FLEMING, | ) ) ) | **MEMORANDUM AND ORDER** |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Deadline for Filing Motion to Suppress and Supporting Brief (filing 31). The Court, being fully advised in the premises, and noting that the government has no objection to this continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Fleming shall file any pretrial motions in the above captioned matter no later than Monday, July 16, 2012.

IT IS FURTHER ORDERED that AUSA Russell shall file any reply no later than August 3, 2012.

IT IS FURTHER ORDERED that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by extending the deadline for filing pretrial motions, and that taking such action outweighs the best interests of the public and Mr. Fleming in a speedy trial. Accordingly, the time from July 11, 2012, until July 16, 2012, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A).

DATED this 11th day of July, 2012.

BY THE COURT:

s/ *Cheryl R Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge