IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3118 |
| | ) | |
| V. | ) | |
| | ) | |
| ROBERT FLEMING, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

In order to assess the defendant's liability for restitution,

IT IS ORDERED that the government shall be prepared to present evidence about the defendant's activities involving the "Cindy" series of images at the hearing scheduled on February 20, 2013.

DATED this 29th day of January, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge