FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA
2013 FEB 20 PM 1:36

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT FLEMING,<br><br>    Defendant. | 4:11CR3118<br><br>**FINAL ORDER OF FORFEITURE** |

This matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 64). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On November 13, 2012, the Court entered a Preliminary Order of Forfeiture (Filing No. 58) pursuant to the provisions of Title 18, United States Code, Sections 2252A(a)(2) and (B) and 2253, based upon the Defendant's plea of guilty to Count I and the Forfeiture Allegation of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following properties was forfeited to the United States.

    a. One Dell Inspiron laptop, model PP23LA, serial number 45NQND1, with business card taped to the top for "Habib Murshed," Evidence Barcode E03961796;

    b. One Toshiba 160Gb SATA hard drive, model MK1637GSX serial number 87HCT5X9T;

    c. One imation recordable Compact disc (CD-R) labeled "Fetish, 6-4" in blue plastic slimline case;

    d. One Sony Digital Versatile Disc (DVD) labeled "1) Music Videos, 2) Pics, 3) Stories, 4) story and other items, 5) Young girls, 6-3" in paper sleeve;

e. One imation CD-R in pink slimline case labeled "short xxx movies, 6-1;"

f. One imation CD-R in clear slimline case labeled "short xxx movies, 6-2;"

g. One imation CD-R in blue slimline case labeled "short xxx movies, 6-5;"

h. One imation CD-R in pink slimline case labeled "pics, short xxx movies, 6-6;"

i. One imation CD-R in clear slimline case labeled "short xxx movies, 6-7;"

j. One Maxell DVD+RW in paper sleeve labeled "short videos, pics, pics of me, 8-1;"

k. One Maxell DVD+R in paper sleeve labeled "need to burn2, 8-2;"

l. One Maxell DVD+R in paper sleeve labeled "Ares, 8-3;"

m. One Sony DVD+R in paper sleeve labeled " 1) Asian, 2) Rape, 3) Music, 8-4;"

n. One Sony DVD+R in paper sleeve labeled "My stuff folder, 8-5;"

o. One Sony CD-R in paper sleeve labeled "8-7;" and

p. One Sony CD-R in paper sleeve labeled "8-8."

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on November 15, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on January 16, 2013 (Filing No. 63).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the following properties held by any person or entity, are hereby forever barred and foreclosed.

1. One Dell Inspiron laptop, model PP23LA, serial number 45NQND1, with business card taped to the top for "Habib Murshed," Evidence Barcode E03961796;

2. One Toshiba 160Gb SATA hard drive, model MK1637GSX serial number 87HCT5X9T;

3. One imation recordable Compact disc (CD-R) labeled "Fetish, 6-4" in blue plastic slimline case;

4. One Sony Digital Versatile Disc (DVD) labeled "1) Music Videos, 2) pics, 3) Stories, 4) story and other items, 5) Young girls, 6-3" in paper sleeve;

5. One imation CD-R in pink slimline case labeled "short xxx movies, 6-1;"

6. One imation CD-R in clear slimline case labeled "short xxx movies, 6-2;"

7. One imation CD-R in blue slimline case labeled "short xxx movies, 6-5;"

8. One imation CD-R in pink slimline case labeled "pics, short xxx movies, 6-6;"

9. One imation CD-R in clear slimline case labeled "short xxx movies, 6-7;"

10. One Maxell DVD+RW in paper sleeve labeled "short videos, pics, pics of me, 8-1;"

11. One Maxell DVD+R in paper sleeve labeled "need to burn2, 8-2;"

12. One Maxell DVD+R in paper sleeve labeled "Ares, 8-3;"

13. One Sony DVD+R in paper sleeve labeled " 1) Asian, 2) Rape, 3) Music, 8-4;"

14. One Sony DVD+R in paper sleeve labeled "My stuff folder, 8-5;"

15. One Sony CD-R in paper sleeve labeled "8-7;" and

16. One Sony CD-R in paper sleeve labeled "8-8."

C. The aforementioned properties described above be, and the same hereby are, forfeited to the United States of America.

D. The United States is directed to dispose of said property in accordance with law.

DATED this 20th day of January, 2013.
 February

BY THE COURT:

RICHARD G. Kopf, Senior Judge
United States District Court

4